UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CRUMP,<br><br>        Petitioner,<br><br>    v.<br><br>MARVIN GARDENS HALFWAY HOUSE, et al.,<br><br>        Respondents. | Case No.  15-cv-00960-JST (PR)<br><br>**ORDER OF TRANSFER** |

      Petitioner, a prisoner of the United States, has filed a petition for writ of habeas corpus in this Court under 28 U.S.C. § 2241.  Petitioner is currently incarcerated at the Santa Ana Jail.  She was formerly incarcerated at the United States Penitentiary in Victorville, California and the Marvin Gardens Halfway House in Los Angeles, California as a result of her conviction and sentence in the United States District Court for the Central District of California in 2013.  She challenges the refusal of the Bureau of Prisons to transfer her to home detention.  Petitioner has neither paid the filing fee, nor filed an application to proceed in forma pauperis.

      A challenge to the execution of a federal sentence is properly brought in a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  See United States v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984).  And it is preferably brought in the district of confinement.  See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (noting that even if district court has personal jurisdiction over custodian, preferred forum is district where petitioner is confined); see also Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.").

1 Santa Ana is in Orange County, which lies in the Central District of California, Southern Division. See 28 U.S.C. § 84(c)(3). Therefore, the Court ORDERS that pursuant to 28 U.S.C. § 1404(a), the Clerk of the Court shall TRANSFER this matter to the United States District Court for the Central District of California, Southern Division, forthwith.

Finally, the Court notes that the petition contains allegation relating to petitioner's treatment at the Santa Ana Jail. If petitioner wishes to complain about her conditions of confinement, she may file a civil rights complaint under 42 U.S.C. § 1983. See Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action proper method of challenging conditions of confinement). She should file any such complaint in the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Dated: March 9, 2015

_____
JON S. TIGAR
United States District Judge